**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-cv-61323-EA**

**Youssef Noorden Skyron Dakom**,

Petitioner,

v.

**Immigration Authorities ICE,**

Respondent.

___________________________________/

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the docket. On May 5, 2026, this Court denied Petitioner Youssef Noorden Skyron Dakom's ("Petitioner") *pro se* Motion for Leave to Proceed *in forma pauperis* ("IFP Motion") [ECF No. 3], but granted Petitioner leave to file a Renewed IFP Motion on or before June 5, 2026 [ECF No. 5]. That deadline has now passed, and Petitioner has neither filed a Renewed IFP Motion nor requested additional time to do so. Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's orders.

Courts are vested with the inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). "The court's power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983). Accordingly, "[a] district court can dismiss a case *sua sponte*" if a party "fails to comply with a court order." *Daker v. Comm'r, Ga. Dep't of Corr.*, 850

F. App'x 731, 733 (11th Cir. 2021) (citing *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005)); *Jamerson v. Sec'y Dep't of Corr.*, 774 F. App'x 623, 624 (11th Cir. 2019) ("In general, a dismissal without prejudice is not an abuse of discretion" (citing *Dynes v. Army Air Force Exchange Serv.*, 720 F.2d 1495, 1499 (11th Cir. 1983))).

That disposition is warranted here. On May 1, 2026, this Court docketed Petitioner's *pro se* Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 [ECF No. 1] and corresponding IFP Motion [ECF No. 3]. However, the IFP Motion lacked a six-month account statement as required by Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts[1] [ECF No. 5 p. 2]. Therefore, the Court directed Petitioner to, on or before June 5, 2026, either pay the Clerk's $5.00 filing fee or file a Renewed IFP Motion, with a six-month inmate account statement [ECF No. 5 p. 2]. The Court warned that this was Petitioner's "**final opportunity** to file a legally sufficient" IFP Motion, and that "[f]ailure to comply with this Order, the Rules of Civil Procedure, the Local Rules, or the Rules Governing Section 2254 Cases **will** result in dismissal of this case without prejudice and without further notice" [ECF No. 5 p. 2 (emphasis in original)].

Despite this Court's clear directive, Petitioner has failed to either file a Renewed IFP Motion on the docket nor requested additional time to do so. Accordingly, dismissal of this action without prejudice is warranted.

Therefore, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with Court orders.

2. All pending motions are **DENIED AS MOOT**.

[1] The Court, consistent with its discretionary authority, applied the Rules Governing Section 2254 Cases to the instant Section 2241 Petition. *See* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts.

3. The Clerk is ordered to **CLOSE** this case.

4. The Clerk shall **MAIL** a copy of this order to Petitioner at the address listed below and **file a Notice of Compliance confirming the same**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of June 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Youssef Noorden Skyron Dakom,** ***pro se***
A221150269
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brittany B. Brock**
US Attorney's Office
Email: brittany.brock@usdoj.gov